**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**RAFAEL ANGEL DIAZ NIEVES,**

        **Plaintiff,**

-vs-                                                    **Case No. 6:10-cv-926-Orl-31KRS**

**EDNA IRIZARRY, FELICIA MARIE THERM BLOW, ASTRID VELLON, CARLOS VEGA, TRACIE PHILLIPS-MORGAN, GEORGIA LYNN MANCHETTE, SEAN MANCHETTE, JOHN D. EVANS, MICHAEL YEAGER, MEGAN GILLIS, SAMUEL ST. JOHN, SHERIFF TONY CAMERON, SUWANNEE COUNTY SHERIFF OFFICE, POLICEMAN JOHN DOE 1, LIVE OAK POLICE DEPARTMENT, JOSE HECTOR IRIZARRY, MOUNT DORA POLICE DEPARTMENT, DEPUTY SHERIFF JOHN DOE 2, DEPUTY SHERIFF JOHN DOE 3, VOLUSIA COUNTY SHERIFF OFFICE, INSURANCE COMPANIES I, II, . . . XXX.**

        **Defendants.**

## ORDER

This cause comes before the Court on an Application to Proceed in District Court Without Prepayment for Costs (Doc. No. 2) filed June 15, 2010.

On June 18, 2010, the United States Magistrate Judge issued a report (Doc. No. 5) recommending that this case be dismissed without prejudice and that Plaintiff be allowed to file an Amended Complaint within fourteen days from the date of entry of this order. It is additionally

recommended that the Application to Proceed in District Court Without Prepayment for Costs (Doc. No. 2) be denied without prejudice to refiling it with the Amended Complaint. An Amended Complaint was filed on June 22, 2010. No objections to the Report and Recommendation have been filed. Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2. The Application to Proceed in District Court Without Prepayment for Costs is **DENIED** without prejudice. Plaintiff may file a new application or pay the filing fee of $350.00 in full within 14 days from the date of this order.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on the 6th day of July, 2010.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party